# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **RICHARD ALLEN,** *et al.,* )  | |
|     **Plaintiffs,** ) | |
| ) | |
| v. ) | **CIVIL ACTION: 1:22-00328-KD-B** |
| ) | |
| **AUSTAL USA, LLC,** ) | |
|     **Defendant.** ) | |

### ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc. 59) made under 28 U.S.C. § 636(b)(1)(B) and dated July 10, 2023, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Defendant Austal USA, LLC's motion to dismiss (Doc. 52) is **GRANTED** in part and **DENIED** in part.

**DONE** and **ORDERED** this the **31st** day of **July 2023.**

    /s/ Kristi K. DuBose
    **KRISTI K. DuBOSE**
    **UNITED STATES DISTRICT JUDGE**