### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **DENNIS ABBOTT, et al.,**<br>    **Plaintiffs,**<br><br>v.<br><br>**AUSTAL USA, LLC,**<br>    **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    **CIVIL ACTIONS**    No. 22-00267-KD-C<br>                            No. 22-00328-KD-B<br>                            No. 22-00329-KD-C<br><br>**CONSOLIDATED FOR TRIAL** |

### **ORDER**

These actions are before the Court on notice from Plaintiffs and Defendant Austal USA, LLC that they have reached a settlement. Accordingly, **by 12:00 noon CST on March 6, 2025**, Plaintiffs **shall file a joint stipulation of dismissal** signed by all parties who have appeared **or** Plaintiffs **shall file a request for a court order of dismissal**. Fed. R. Civ. P. 41(a)(1)(A)(ii); Fed. R. Civ. P. 41(a)(2).

If Plaintiffs file neither by the deadline, the Court anticipates that jury selection shall begin at 8:45 a.m. on March 10, 2025, with trial immediately after jury selection.

**DONE** and **ORDERED** this **24th** day of **February 2025**.

                                                         /s/ Kristi K. DuBose
                                                         **KRISTI K. DuBOSE**
                                                         **UNITED STATES DISTRICT JUDGE**